In the Matter of the Appraisal for the Purpose of the Transfer Tax on the Estate of CECILIA D. FAILE, Deceased. THE COUNTY TRUST COMPANY, Appellant; STATE TAX COMMISSION, Respondent.— Order of the Surrogate's Court of Westchester county modified, and the application of the executor granted to the extent of allowing a deduction for a proportionate share of the debts and expenses from the tax assessed under section 221-b of the Tax Law,* for the reason that the original order assessing the additional tax, without making such deduction, was without warrant in the taxing statute, and, therefore, void, and that the estate was entitled as a matter of right to the deduction claimed in this respect. The order as modified is affirmed, without costs. (See *Matter of Watson*, 226 N. Y. 384; *Matter of Washbourne*, 229 id. 518; *Matter of Gihon*, 169 id. 443; *Matter of Silliman*, 79 App. Div. 98; *Matter of Coogan*, 27 Misc. Rep. 563; affd., 45 App. Div. 628; affd., 162 N. Y. 613.) Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur. Settle order before Mr. Justice Manning.

In the Matter of the Probate of the Last Will and Testament of ELIZABETH TEACKLE NICHOLAS, Deceased. GROSVENOR NICHOLAS, Appellant; ELIZABETH T. NICHOLAS, as Executrix, etc., and Another, Respondents. (Appeal No. 1.) — Order of the Surrogate's Court of Suffolk county, denying motion to compel the witness George S. Nicholas to answer further questions, affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of ELIZABETH TEACKLE NICHOLAS, Deceased. GROSVENOR NICHOLAS, Appellant; ELIZABETH T. NICHOLAS, Individually and as Executrix, etc., and Another, Respondents. (Appeal No. 2.) — Order of the Surrogate's Court of Suffolk county, denying motion to compel the witness Elizabeth T. Nicholas to answer further questions affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of ELIZABETH TEACKLE NICHOLAS, Deceased. GROSVENOR NICHOLAS, Appellant; ELIZABETH T. NICHOLAS, Individually and as Executrix, etc., and Another, Respondents. (Appeal No. 3.) — Order of the Surrogate's Court of Suffolk county, denying motion to compel the witness George S. Nicholas, Jr., to answer further questions, affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

In the Matter of the Petition of JOHN H. SMITH, Respondent, for a Peremp-

* Added by Laws of 1917, chap. 700; repealed by Laws of 1920, chap. 644.— [REP.